**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TERRANCE T. DOTSON,

       Petitioner,                      CASE NO. 06-CV-15674

-vs-                               PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

C. EICHENLAUB,

       Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF DENYING PETITIONER'S APPLICATION FOR A WRIT OF HABEAS CORPUS

Before the Court is Magistrate Judge Paul J. Komives' November 15, 2007, Report and Recommendation in favor of denying Petitioner Terrance T. Dotson's application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 1).

Having reviewed that Report and Recommendation, and there being no objections from either party, the Court hereby;

(1)    **ADOPTS** the Magistrate Judge's Report and Recommendation **DENYING** Petitioner's application for a Writ of Habeas Corpus.

**SO ORDERED.**

                                                  s/Paul D. Borman
                                                  PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: February 11, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 11, 2008.

                                                               s/Denise Goodine
                                                               Case Manager