UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRANCE DOTSON,

        Petitioner,

v.                                               No. 06-15674

C. EICHENLAUB,                  HON. PAUL D. BORMAN

        Respondent.
_____/

## **JUDGMENT**

This action came before the Court, Honorable Paul D. Borman, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered,

**IT IS ORDERED** and **ADJUDGED** the PETITION FOR WRIT OF HABEAS CORPUS is **DENIED**.

**IT IS FURTHER ORDERED** that the case is **DISMISSED.**

                                                        DAVID WEAVER, CLERK

                                                        s/Denise Goodine
Dated 2/11/08                                      Denise Goodine, Deputy Clerk